IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

LITTLE ROCK DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 2 5 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

Aaron M. Stricklin, Plaintiff,

v.

4:25CV401-JM

Amazon.com Services LLC, Defendant.

MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff Aaron M. Stricklin respectfully moves the Court for leave to proceed in forma pauperis under 28 U.S.C. § 1915.

Plaintiff is currently unemployed, has no vehicle, and resides with family. He has no regular income and relies on SNAP and Medicaid for survival. He lives more than 40 miles from the nearest public transportation and cannot travel to the courthouse due to severe financial and medical hardship.

For these reasons, Plaintiff respectfully requests that the Court waive the filing fee and allow this matter to proceed.

Respectfully submitted,

/s/ Aaron M. Stricklin

154 Marcie Dr

Lonoke, AR 72086

(501) 510-3098

aaronmstricklin89@gmail.com